[Nos. 19259-4-II; 20291-3-II.  Division Two.  March 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. ALBERT BRIAN THOMAS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-03888-7, Rosanne Buckner, J., entered February 23, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, A.C.J., and Seinfeld, J.

[No. 19543-7-II.  Division Two.  March 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD LYNN DAVIS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 95-1-00084-5, Thomas R. Sauriol, J., entered May 8, 1995. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Armstrong, JJ.

[No. 19617-4-II.  Division Two.  March 7, 1997.]

ANGELA ZIMMER, ET AL., *Appellants*, v. LYNN POIRIER, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 94-2-09924-3, Terry D. Sebring, J., entered May 12, 1995. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Morgan and Seinfeld, JJ.

[No. 19694-8-II.  Division Two.  March 7, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA R. SHAFFER, *Appellant.*

Appeal from a judgment of the Superior Court for Skamania County, No. 95-8-00008-1, Ted Kolbaba, J., entered July 12, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Houghton, C.J., and Bridgewater, J.